## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:11-CR-78 ALM |
| | § | |
| MATHEW STOUT (10) | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on April 24, 2019, to determine whether Defendant violated his supervised release. Defendant was represented by Frank Henderson. The Government was represented by Todd Blessing.

On September 6, 2012, Defendant was sentenced by the Honorable Ron Clark, United States District Judge, to a sentence of sixty-three (63) months imprisonment followed by a four (4) year term of supervised release for the offense of Conspiracy to Possess with Intent to Distribute Heroin. On May 18, 2015, the imprisonment portion of the sentence was reduced to sixty (60) months. Defendant began his term of supervision on October 30, 2015. This case was transferred to the Honorable Amos L. Mazzant, III, United States District Judge, on March 19, 2018.

On February 14, 2019, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 591). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; (2) Defendant shall not unlawfully possess a controlled substance; (3) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute,

or administer any controlled substance, except as prescribed by a physician; (4) Defendant shall refrain from any unlawful use of a controlled substance; (5) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician; and (6) Defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

The Petition alleges that Defendant committed the following violations: (1) On December 26, 2018, Defendant was arrested by the San Antonio, Texas Police Department for the following offenses: Possession Controlled Substance PG 3, 28 Grams to 200 Grams; Possession of a Controlled Substance PG 1, 4 Grams to 200 Grams; and Possession Controlled Substance PG 2, 4 Grams to 400 Grams. Additionally, Defendant was arrested for the following misdemeanor offenses: Possession Marijuana 0-2 ounces and Possession Dangerous Drugs. Defendant was released from custody on January 2, 2019, on a $5,000.00 surety bond. According to the offense report, Defendant was asleep in a vehicle while at a stop light. Defendant was the driver of the vehicle. Upon searching the car, officers found methamphetamine, numerous pills, marijuana, and drug paraphernalia. The misdemeanor charges remain pending in Bexar County Court at Law No. 15 under Case No. 604578 and Case No. 604579. The felony charges are currently awaiting indictment in Bexar County; (2) Defendant submitted a urine specimen which tested positive for methamphetamine on January 9, 2019. Defendant provided a verbal and written admission to said use; and (3) Although Defendant was released from custody on January 2, 2019, he did not notify the U.S. Probation Office of the offenses until January 7, 2019.

At the hearing, Defendant entered a plea of true to Allegation 4. Defendant waived his right

to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the April 24, 2019, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of four (4) months to run consecutively with any other sentence which may be imposed, with no supervised release to follow.

**SIGNED this 16th day of May, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE